# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | CASE NO. 17cv2507-LAB (KSC) |
|---|---|
| Plaintiff, | **ORDER RE: SCHEDULING** |
| vs. | |
| EMPIRE CAPITAL FUNDING GROUP, INC., et al., | |
| Defendants. | |

The Court has the power to manage its own docket to ensure efficient resolution of cases. *See Landis v. N. Am. Co.*, 299 U.S. 248 (1936). Accordingly, the schedule for the pending motions is modified as follows: First, Judge Dembin will rule on Ewing's ex parte motion for jurisdictional discovery. [Dkt. 33.] Once that motion is decided, the Court will issue an order rescheduling a hearing for both the motion to dismiss [Dkt. 30] and the motion for service by U.S. Marshal. [Dkt. 27.] The hearing dates for those motions are vacated, and neither Ewing nor Ascend Funding need file an opposition to either until the Court reschedules a hearing. Ascend Funding highlighted several issues with Ewing's ex parte application. The Court reminds Ewing that even though he's proceeding pro se, he must comply with the Court's rules, and sanctions may follow for misuse of ex parte applications.

**IT IS SO ORDERED**.

**Dated**: February 6, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -