# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

*Plaintiff*

Civil Action No. 17cv2507-LAB-MDD

V.

See Attached

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Empire Capital Funding Group, Inc., a New York Corporation
58 Portion Road, Unit 1, Lake Ronkonkoma, Suffolk County,
New York 11779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing (Pro Se)
3077 B Clairemont Drive #372
San Diego, CA, 92117
(619)719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____12/14/17_____



John Morrill
*CLERK OF COURT*

S/ _____L. Cervantes_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  17-cv-2507                                                                              Date Issued:  12/14/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Empire Capital Funding Group, Inc.__

was received by me on *(date)* __3/28/2018__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __See attached__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __3/28/2018__

_____
Server's Signature

__Jocelyn Segura__, CA Reg. Process Server 3237
Printed name and title

__3077 Claremont Dr #372, San Diego, CA 92117__
Server's address

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.    17-cv-2507

Empire Capital Funding Group, Inc, a New York Corporation;
Ascend Funding, LLC, a Delaware limited liability company;
Peter Tafeen, an individual;
Business First Funding Corp, a New York corporation;
Shore Funding Solutions, Inc, a New York corporation;
Prosperify Consulting, LLC, a Delaware limited liability company;
SMS Ventures, Inc, a New York corporation;
Resolve Holdings Corp, a Florida corporation;
Wayne A. Shirreffs, an individual;
DOES 1-100;
ABC Corporations 1-100;
XZY, LLC's 1-100

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING<br><br>v.<br><br>EMPIRE CAPITAL FUNDING GROUP, INC., et al,<br>Plaintiff<br><br><br>Defendants | AFFIDAVIT OF SERVICE<br><br>Civil Action No. 17cv2507-LAB-MDD<br>Date Filed: **December 14, 2017**<br>Documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT and CIVIL COVER SHEET** |
|---|---|

Brett Pasternack, being duly sworn, deposes and says: I reside at 175 Newbrook Lane, Bay Shore, Suffolk County, New York 11706, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York and I am competent to be a witness therein.

Deponent received documents for service on **January 25, 2018.**

**CORPORATE SERVICE**
On **March 22, 2018** at **6:35 PM**, at **58 Portion Road, Unit 1, Lake Ronkonkoma, Suffolk County, New York 11779**, deponent served the above described documents upon the defendant **EMPIRE CAPITAL FUNDING GROUP, INC.**, by delivering and leaving a true copy with **GREGORY STEVENS, SR. LOAN OFFICER**, a person who stated they are authorized to accept service of process on behalf of the defendant.

Deponent describes the person with whom the above described documents were left as follows:

| Sex | Skin Color / Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|---|---|---|---|---|---|
| Male | White | Brown | 40 | 5'7" | 160 lbs. |

Other identifying features:

Total fee for travel and service is $75.00

State of New York, County of Suffolk:
Subscribed and sworn to before me this

28th day of March, 2018

x _Jennifer Vecchio_
Notary Public

JENNIFER VECCHIO
Notary Public, State of New York
No. 01VE6250101
Qualified in Suffolk County
Commission Expires October 17, 2019

x _____
Brett Pasternack, Process Server
Island Process Service, Inc.
1614 5th Ave., Bay Shore, NY 11706
(631) 647-7663