

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

**Plaintiff,**

V.

(See Attachment)

**Defendant.**

**Civil No.** 17cv2507-LAB-MDD

**DEFAULT**

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 12/14/2017 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendant is hereby entered: Empire Capital Funding Group, Inc, a New York Corporation.

Entered On:  Apr 16, 2018

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Taylor

J. Taylor, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv2507-LAB-MDD

Empire Capital Funding Group, Inc, a New York Corporation; Ascend Funding, LLC, a Delaware limited liability company; Peter Tafeen, an individual; Business First Funding Corp, a New York corporation; Shore Funding Solutions, Inc, a New York corporation; Prosperify Consulting, LLC, a Delaware limited liability company; SMS Ventures, Inc, a New York corporation; Resolve Holdings Corp, a Florida corporation; Wayne A. Shirreffs, an individual; DOES 1-100; ABC Corporations 1-100; XZY, LLC's 1-100