# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                             Plaintiff,<br><br>vs.<br><br>EMPIRE CAPITAL FUNDING GROUP, INC., et al.,<br><br>                            Defendants | CASE NO. 17cv2507-LAB (MDD)<br><br>**ORDER REVOKING LEAVE TO FILE ELECTRONICALLY; AND**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

      The Court ordered Plaintiff Anton Ewing why he should not be sanctioned for baselessly seeking sanctions against Defendants' counsel. He has now filed a response.

      Because of repeated abuse, the Court's permission for Ewing to file documents electronically in the docket is **REVOKED**. The order to show cause is **DISCHARGED**.

      **IT IS SO ORDERED**.

Dated: August 10, 2018

                                                  **HONORABLE LARRY ALAN BURNS**
                                                  United States District Judge