# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                       Plaintiff,<br><br>    vs.<br><br>EMPIRE CAPITAL FUNDING GROUP,<br>INC., et al.,<br><br>                   Defendants. | CASE NO. 17cv2507-LAB (MDD)<br><br>**ORDER DENYING PLAINTIFF'S<br>MOTION TO STRIKE [Dkt. 89]** |

Defendants Ascend Funding, LLC and Peter Tafeen filed a Motion to Dismiss for lack of jurisdiction and for failure to state a claim. Dkt. 87. Plaintiff Anton Ewing has now filed a Motion to Strike the jurisdiction portion of that Motion, arguing that the Court has already determined jurisdiction as to these defendants. Dkt. 89. This is improper motion practice that causes "unnecessary delay" and "needlessly increase[s] the cost of litigation." FRCP 11(b)(1). His motion is **DENIED**. If Plaintiff wants to respond to Defendants' Motion to Dismiss, he should do so through an opposition, as set out in LR 7.1(e)(2). Further unnecessary filings are grounds for sanctions.

**IT IS SO ORDERED**.

Dated: September 17, 2018

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge