1  PHILIP J. BONOLI – Bar No. 188906
   MICHAEL W. DAVIS – Bar No. 274126
2  BRUTZKUS GUBNER
   21650 Oxnard Street, Suite 500
3  Woodland Hills, CA 91367
   Telephone: (818) 827-9000
4  Facsimile: (818) 827-9099
   Email:    pbonoli@bg.law
5            mdavis@bg.law

6  Attorneys for Defendant
   ASCEND FUNDING, LLC
7

8                UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| ANTON EWING, | Case No. 3:17-cv-2507 LAB (MDD) |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | [*Filed Concurrently with Proposed Order Dismissing Defendant Ascend Funding, LLC with Prejudice*] |
| EMPIRE CAPITAL FUNDING GROUP, INC., et al., | |
| Defendants. | Judge: Hon. Larry Alan Burns<br>Magistrate Judge: Hon. Mitchell D. Dembin |

PLEASE TAKE NOTICE that pursuant to a confidential Settlement Agreement entered into by Plaintiff, Anton Ewing, and Defendant, Ascend Funding, LLC, on April 9, 2019, Plaintiff and Defendant, Ascend Funding, LLC, hereby jointly move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action with prejudice as to all claims asserted against Defendant, Ascend Funding, LLC, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

1
JOINT MOTION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| Dated: April 12, 2019 | | BRUTZKUS GUBNER |

By: */s/ Philip J. Bonoli*
  PHILIP J. BONOLI
  MICHAEL W. DAVIS
  Attorneys for Defendant
  ASCEND FUNDING, LLC
  pbonoli@bg.law
  mdavis@bg.law

Dated: April 12, 2019   ANTON EWING

By: */s/ Anton Ewing*
  Plaintiff in Pro Per

## **SIGNATURE CERTIFICATION**

I, Philip J. Bonoli, certify that the content of this Joint Motion for Dismissal with Prejudice is acceptable to all parties signing this notice, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: April 12, 2019

BRUTZKUS GUBNER

By: */s/ Philip J. Bonoli*
    PHILIP J. BONOLI
    MICHAEL W. DAVIS
    Attorneys for Defendant
    ASCEND FUNDING, LLC
    pbonoli@bg.law
    mdavis@bg.law